In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-08-334 CV


____________________



HOSPITAL HOUSEKEEPING SYSTEMS, LTD., Appellant



V.



GEORGE GLENN EDDINGS, Appellee


 




On Appeal from the 172nd District Court


Jefferson County, Texas


Trial Cause No. E-170,031 






MEMORANDUM OPINION



 The appellant, Hospital Housekeeping Systems, Ltd., and the appellee, George Glenn
Eddings, filed a joint motion to dismiss this appeal. The parties allege they have reached a
settlement agreement and ask the Court to vacate the judgment of the trial court without
regard to the merits. The motion is voluntarily made by the parties prior to any decision of
this Court and should be granted. See Tex. R. App. P. 42.1(a)(2). No other party filed notice
of appeal.

 The joint motion to dismiss is granted. Accordingly, we vacate the judgment of the
trial court without reference to the merits and dismiss the appeal.

 JUDGMENT VACATED; APPEAL DISMISSED.




 

 STEVE McKEITHEN

 Chief Justice



Opinion Delivered November 6, 2008


Before McKeithen, C.J., Gaultney and Kreger, JJ.